IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>REMINGTON OUTDOOR COMPANY, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-81688-CRJ11<br><br>Jointly Administered |
| ROUNDHILL GROUP LLC,<br><br>Plaintiff,<br>v.<br><br>REMINGTON OUTDOOR COMPANY, INC., *et al.*,<br><br>Defendant. | Adv. Pro. 21-80033-CRJ |

## AFFIDAVIT OF SERVICE

I, Jason Sugarman, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On March 30, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via email on bwalding@waldinglaw.com; rodea@shulmanbastian.com; JBastian@shulmanbastian.com:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Remington Outdoor Company, Inc. (4491); FGI Holding Company, LLC (9899); FGI Operating Company, LLC (9774); Remington Arms Company, LLC (0935); Barnes Bullets, LLC (8510); TMRI, Inc. (3522); RA Brands, L.L.C. (1477); FGI Finance, Inc. (0109); Remington Arms Distribution Company, LLC (4655); Huntsville Holdings LLC (3525); 32E Productions, LLC (2381); Great Outdoors Holdco, LLC (7744); and Outdoor Services, LLC (2405). The Debtors' Corporate Headquarters are located at 100 Electronics Boulevard SW, Huntsville, AL 35824.

- Stipulated Order Resolving (I) Roundhill Group LLC's Motion for: (1) Emergency Issuance of a Temporary Restraining Order; and (2) Issuance of a Preliminary Injunction with a Hearing on Expedited Basis Pursuant to F.R.B.P. 7065(b); Memorandum of Points and Authorities and Declarations of Scott Soura and Billy Hogue in Support and (II) the Above-Captioned Adversary Proceeding [Docket No. 37]

Dated: April 2, 2021

                                                  */s/ Jason Sugarman*
                                                  Jason Sugarman

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 2, 2021, by Jason Sugarman, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022